UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARK REDDIN,**<br>**Plaintiff** | **CIVIL ACTION NO. 2:20-CV-00908** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANDREW SAUL,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION,**<br>**Defendant** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED, and Mark Reddin's appeal is DENIED and DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Chambers this 2nd day of June, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE